# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRUCE LEICHTY, | ) |
| | ) |
| Plaintiff, | ) Case No.: 6:19-CV-01064-JWB-KGG |
| | ) |
| v. | ) |
| | ) |
| BETHEL COLLEGE, et al. | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Kelsey N. Frobisher of Foulston Siefkin LLP enters her appearance herein on behalf of Defendant Harvey County as of this date.

Respectfully submitted,

FOULSTON SIEFKIN LLP

By: /s/ *Kelsey N. Frobisher*
Kelsey N. Frobisher, #26870
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Telephone: (316) 291-9518
Facsimile: (316) 347-9611
Email: kfrobisher@foulston.com

*and*

Toby Crouse, #20030
CROUSE LLC
11814 Antioch, No. 253
Overland Park, KS 66210
Phone: 913.957.6832
Email: tcrouse@crousellc.com

1

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 19, 2019, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and a copy has been mailed, first-class U.S. Mail to:

  Bruce Leichty
  220 W. Grand Avenue
  Escondido, CA 92025
  760-484-2467
  951-676-7462 (fax)

  *Pro Se Plaintiff*

             /s/ *Kelsey N. Frobisher*
             Kelsey N. Frobisher, #26870