AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| BRUCE LEICHTY <br><br> *Plaintiff(s)* <br> v. <br><br> BETHEL COLLEGE; MENNONITE CHURCH USA; CITY OF NO. NEWTON, KS; HARVEY COUNTY; JOHN THIESSEN; LANCASTER MENNONITE HISTORICAL SOCIETY; JOEL NOFZIGER <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:19-cv-01064-JWB-KGG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Joel Nofziger
c/o Lancaster Mennonite Historical Society
2215 Millstream Rd.
Lancaster, PA 17602-1499

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BRUCE LEICHTY
IN PRO PER
220 W. GRAND AVENUE
ESCONDIDO, CA 92025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/15/19

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:19-CV-01064-JWB-KGG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joel NOFZIGER c/o Lancaster Mennonite Historical Society
was received by me on *(date)* 6-11-19.

☒ I personally served the summons on the individual at *(place)* Lancaster Mennonite Historical Society 2215 Millstream Rd., Lancaster, PA 17602 on *(date)* 6-12-19 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6-12-19

Frank A. Valente, PA LPI
Server's signature

Frank A. Valente PA LPI
Printed name and title

891 Skyline Dr.
Gap, PA 17527
Server's address

Additional information regarding attempted service, etc: