# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

BRUCE LEICHTY,

        Plaintiff,

v.

BETHEL COLLEGE, MENNONITE CHURCH USA, CITY OF NORTH NEWTON, KANSAS, HARVEY COUNTY, LANCASTER MENNONITE HISTORICAL SOCIETY, JOHN THIESSEN, and JOEL NOFZIGER,

        Defendants.

Case No.: 6:19-CV-01064-JWB-KGG

## **CLERK'S ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

Pursuant to Local Rule 77.2(a)(2), Defendant Mennonite Church, USA requests an extension of fourteen (14) days within which to answer or file a responsive pleading to Plaintiff's Complaint. The time prescribed for Defendant to file their answer is currently June 25, 2019, and has not yet expired. Extending Defendant's deadline by fourteen days would make Defendants' deadline July 9, 2019, to answer or otherwise respond to Plaintiff's Complaint.

WHEREFORE, Defendant Mennonite Church, USA is granted an additional fourteen days (14) days, up to and including July 9, 2019, within which to answer or otherwise respond to Plaintiff's Complaint.

By order of the clerk, pursuant to Local Rule 77.2(a)(2)

        s/ J. Kendall, Deputy Clerk
        Clerk of the United States District Court
        for the District of Kansas

2

Submitted by:

/s/Alan L. Rupe
Alan L. Rupe, KS # 08914
Kevin E. Miller, KS #27259
LEWIS BRISBOIS BISGAARD & SMITH, LLP
1605 North Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Telephone: (316) 609-7900
Facsimile:  (316) 462-5746
alan.rupe@lewisbrisbois.com

*Attorneys for Mennonite Church, USA*