### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRUCE LEICHTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:19-CV-01064-JWB-KGG |
| ) | |
| BETHEL COLLEGE; ) | |
| MENNONITE CHURCH USA; ) | |
| CITY OF NORTH NEWTON; ) | |
| KANSAS, HARVEY COUNTY; ) | |
| LANCASTER MENNONITE ) | |
| HISTORICAL SOCIETY; ) | |
| JOHN THIESSEN; ) | |
| JOEL NOFZIGER; ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Thomas P. Schult of the law firm Berkowitz Oliver LLP hereby enters his appearance on behalf of Defendant Joel Nofziger.

Dated: June 28, 2019           Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: /s/ Thomas P. Schult
Thomas P. Schult, D. Kan. #70463
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone:  (816) 561-7007
Facsimile:   (816) 561-1888
tschult@berkowitzoliver.com

*Attorneys for Defendant Joel Nofziger*

2

## **CERTIFICATE OF SERVICE**

      I certify that on June 28, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of filing to all counsel of record.

        /s/ Thomas P. Schult
      ***Attorney for Defendant Joel Nofziger***