# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRUCE LEICHTY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BETHEL COLLEGE; )<br>MENNONITE CHURCH USA; )<br>CITY OF NORTH NEWTON; )<br>KANSAS, HARVEY COUNTY; )<br>LANCASTER MENNONITE )<br>HISTORICAL SOCIETY; )<br>JOHN THIESSEN; )<br>JOEL NOFZIGER; )<br>)<br>    Defendants. ) | Case No. 6:19-CV-01064-JWB-KGG |

## ENTRY OF APPEARANCE

Jennifer B. Wieland of the law firm Berkowitz Oliver LLP hereby enters her appearance on behalf of Defendant Joel Nofziger.

Dated: June 28, 2019                          Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: /s/ Jennifer B. Wieland
    Jennifer B. Wieland, KS #22444
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone:  (816) 561-7007
    Facsimile:   (816) 561-1888
    jwieland@berkowitzoliver.com

*Attorneys for Defendant Joel Nofziger*

## **CERTIFICATE OF SERVICE**

      I certify that on June 28, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of filing to all counsel of record.

                                  /s/ Jennifer B. Wieland
                              ***Attorney for Defendant Joel Nofziger***