### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRUCE LEICHTY, | ) |
| | ) |
| Plaintiff, | ) Case No.: 6:19-CV-01064-JWB-KGG |
| | ) |
| v. | ) |
| | ) |
| BETHEL COLLEGE, et al. | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Toby Crouse of Crouse LLC enters his appearance herein on behalf of Defendant Harvey County, Kansas as of this date.

Respectfully Submitted,

CROUSE LLC

By: __/s/ *Toby Crouse*__
  Toby Crouse, KS #20030
11184 Antioch, No. 253
Overland Park, Kansas 66210
Phone: 913.957.6832
Email: tcrouse@crousellc.com

*And*

Kelsey N. Frobisher, #26870
FOULSTON SIEFKIN LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
(316) 267-6371
(866) 347-3808 FAX
Email: kfrobisher@foulston.com

*Attorneys for Defendant*
*Harvey County, Kansas*

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on June 28, 2019, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and a copy has been mailed, first-class U.S. Mail to:

Bruce Leichty
220 W. Grand Avenue
Escondido, CA 92025
760-484-2467
951-676-7462 (fax)

*Pro Se Plaintiff*

                                                      /s/ *Toby Crouse*
                                            Toby Crouse #20030