UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRUCE LEICHTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 6:19-cv-01064-JWB-KGG |
| vs. | ) |
| | ) |
| BETHEL COLLEGE, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT CITY OF NORTH NEWTON, KANSAS' MOTION TO STAY DISCOVERY AND MEMORANDUM IN SUPPORT THEREOF**

COMES NOW Defendant City of North Newton, Kansas (hereinafter "Defendant City") and moves the Court to stay discovery and pretrial proceedings in this case until thirty (30) days following a ruling on its Motion to Dismiss [Doc. 24]. In support of its Motion, Defendant City states as follows:

**I.      NATURE OF CASE AND STATEMENT OF FACTS**

Plaintiff has filed this action against a number of defendants related to his attendance at a conference at Bethel College in March 2018 and his subsequent arrest. As it relates to Defendant City specifically, Plaintiff has made claims for false arrest and false imprisonment under state tort law (Doc. 1, Fourth Cause of Action, ¶¶ 134-153) and Section 1983 (Doc. 1, Tenth Cause of Action, ¶¶ 194-210).

On July 3, 2019, Defendant City filed its Motion to Dismiss based on Plaintiff's failure to comply with KSA 12-105b and failure to state a claim. [Docs. 24 and 25]. If the Motion to Dismiss is granted, it will dispose of the entire case against Defendant City.

**II.    ARGUMENT AND AUTHORITY**

"The general policy in this District is to not stay discovery even though dispositive motions are pending." *Wolf v. United States*, 157 F.R.D. 494, 495 (D. Kan. 1994). However, it is within the Court's sound discretion to stay discovery and other pretrial proceedings. *Pet Milk Co. v. Ritter*, 323 F.2d 586, 588 (10th Cir. 1963); *Clinton v. Jones*, 520 U.S. 681, 706-07 (1997). A stay is appropriate where "the case is likely to be finally concluded as a result of the ruling thereon; where the facts sought through uncompleted discovery would not affect the resolution of the motion; or where discovery on all issues of the broad complaint would be wasteful and burdensome." *Id.* (citing *Kutliek v. Gannon*, 132 F.R.D. 296, 297-98 (D. Kan. 1990). In this case, a stay of proceedings is justified where Defendant City has identified several substantial and meritorious pleading failures, each which justify outright dismissal of Plaintiff's Complaint as to Defendant City.

Here, as argued in the pending Motion to Dismiss, Plaintiff has failed to comply with K.S.A. 12-105b prior to filing this action as required under the Kansas Tort Claims Act and failed to state a claim upon which relief can be granted under Section 1983 and the state tort claims as it relates to Defendant City. [Doc. 24]. Defendant City incorporates by reference the arguments made in support of its Motion to Dismiss as if fully set forth herein [Doc. 25].

Without a stay pending a ruling on the dismissal, a considerable amount of time, effort and resources may be needlessly spent in order to respond to pretrial litigation requirements, discovery and the preparation of discovery. Plaintiff will not suffer any prejudice if discovery is stayed pending a ruling on Defendant's Motion to Dismiss as none of the issues raised in the Motion require discovery to resolve. Further, this case is still at its initial stages. Defendant only requests a thirty (30) day stay of discovery and pretrial proceedings following a ruling on its

Motion to Dismiss.  Such a limited stay will not significantly delay the resolution of this case nor will it prejudice the Plaintiff.

### III. CONCLUSION

Defendant City of North Newton, Kansas has a good faith belief that, due to the nature, extent and merit of the issues raised in its pending Motion to Dismiss, a stay of discovery is appropriate in this case.  Defendant respectfully requests the Court stay discovery and pretrial proceedings until thirty (30) days following its ruling on its pending Motion to Dismiss.

Respectfully submitted,

 /s/ Tracy M. Hayes
Tracy M. Hayes         KS #23119
Robert M. Reynolds     KS #27703
SANDERS WARREN RUSSELL & SCHEER LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, KS  66210
Phone:  913-234-6100
Fax:  913-234-6199
t.hayes@swrsllp.com
r.reynolds@swrsllp.com
***Attorneys for the City of North Newton, Kansas***

### CERTIFICATE OF SERVICE

I HEREBY certify that on this 3rd day of July, 2019, the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to all counsel of record.

| | |
|---|---|
| Bruce Leichty | Scott E. Sanders |
| BRUCE LEICHTY, A P.C. | MCDONALD TINKER PA |
| 220 W. Grand Avenue | 300 W. Douglas, Suite 500 |
| Escondido, CA  92025 | Wichita, KS  67202 |
| Phone: 760-484-2467 | Phone: 316-263-5851 |
| Fax: 951-676-7462 | Fax: 316-263-4677 |
| leichty@sbcglobal.net | ssanders@mcdonaldtinker.com |
| ***PRO SE* PLAINTIFF** | **ATTORNEYS FOR BETHEL COLLEGE AND JOHN THIESEN** |

| | |
|---|---|
| Kelsey N. Frobisher<br>FOULSTON SIEFKIN LLP<br>1551 N. Waterfront Parkway, Suite 100<br>Wichita, KS 67206-4466<br>Phone: 316-291-9518<br>Fax: 316-347-9611<br>kfrobisher@fouslton.com<br>**ATTORNEYS FOR HARVEY COUNTY** | Toby Crouse<br>CROUSE LLC<br>11814 Antioch, No. 253<br>Overland Park, KS 66210<br>Phone: 913-957-6832<br>tcrouse@crousellc.com<br>**ATTORNEYS FOR HARVEY COUNTY** |
| Alan L. Rupe<br>Kevin E. Miller<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>1605 North Waterfront Parkway, Suite 150<br>Wichita, KS 67206<br>Phone: 316-609-7900<br>Fax: 316-462-5746<br>alan.rupe@lewisbrisbois.com<br>kevin.miller@lewisbrisbois.com<br>**ATTORNEYS FOR MENNONITE CHURCH, USA** | Thomas P. Schult<br>Jennifer B. Wieland<br>BERKOWITZ OLIVER LLP<br>2600 Grand Boulevard, Suite 1200<br>Kansas City, MO 64108<br>Phone: 816-561-7007<br>Fax: 816-561-1888<br>tschult@berkowitzoliver.com<br>jwieland@berkowitzoliver.com<br>**ATTORNEYS FOR JOEL NOFZIGER** |
| Eric A. Van Beber<br>Kevin D. Weakley<br>WALLACE SAUNDERS<br>10111 West 87th Street<br>Overland Park, KS 66212<br>Phone: 913-888-1000<br>Fax: 913-888-1065<br>evanbeber@wallacesaunders.com<br>kweakley@wallacesaunders.com<br>**ATTORNEYS FOR LANCASTER MENNONITE HISTORICAL SOCIETY** | |

        /s/ Tracy M. Hayes
        Attorney