# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRUCE LEICHTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:19-CV-01064-JWB-KGG |
| ) | |
| BETHEL COLLEGE; ) | |
| MENNONITE CHURCH USA; ) | |
| CITY OF NORTH NEWTON; ) | |
| KANSAS, HARVEY COUNTY; ) | |
| LANCASTER MENNONITE ) | |
| HISTORICAL SOCIETY; ) | |
| JOHN THIESSEN; ) | |
| JOEL NOFZIGER; ) | |
| ) | |
| Defendants. ) | |

## JOEL NOFZIGER'S MOTION TO DISMISS
## AND MOTION TO STRIKE PURSUANT TO THE KANSAS PUBLIC SPEECH
## PROTECTION ACT AND/OR CALIFORNIA ANTI-SLAPP ACT

Defendant Joel Nofziger respectfully moves (1) for an order dismissing Plaintiff's seventh cause of action pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure; and (2) for an order striking Plaintiff's seventh cause of action pursuant to the Kansas Public Speech Protection Act, K.S.A. § 60-5320, and/or the California Anti-SLAPP Act, Cal. Civ. Proc. Code § 425.16, and awarding Mr. Nofziger reasonable attorneys' fees and costs pursuant to those Acts. The reasons supporting this Motion are set forth in the accompanying Memorandum in Support, the Declaration of Joseph Myer Sanderson, and the accompanying exhibits.

Dated:  July 17, 2019                    Respectfully submitted,

                                              **BERKOWITZ OLIVER LLP**

                                              By:  */s/ Thomas P. Schult*
                                              Thomas P. Schult, D. Kan. No. 70463
                                              Jennifer B. Wieland, KS Bar No. 22444
                                              2600 Grand Boulevard, Suite 1200
                                              Kansas City, Missouri 64108
                                              Telephone:   (816) 561-7007
                                              Facsimile:    (816) 561-1888
                                              tschult@berkowitzoliver.com
                                              jwieland@berkowitzoliver.com

                                              **KIRKLAND & ELLIS LLP**

                                              Jay P. Lefkowitz, P.C. (*pro hac vice*)
                                              Joseph Myer Sanderson (*pro hac vice*)
                                              601 Lexington Avenue
                                              New York, New York 10022
                                              Telephone:   (212) 446-4800
                                              Facsimile:    (212) 446-4900
                                              lefkowitz@kirkland.com
                                              joseph.sanderson@kirkland.com

                                      *Attorneys for Defendant Joel Nofziger*

## CERTIFICATE OF SERVICE

     I certify that on July 17, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of filing to all counsel of record.

                                                /s/ Thomas P. Schult
                                              *Attorney for Defendant Joel Nofziger*