# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRUCE LEICHTY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BETHEL COLLEGE; ) <br> MENNONITE CHURCH USA; ) <br> CITY OF NORTH NEWTON; ) <br> KANSAS, HARVEY COUNTY; ) <br> LANCASTER MENNONITE ) <br> HISTORICAL SOCIETY; ) <br> JOHN THIESSEN; ) <br> JOEL NOFZIGER; ) <br> ) <br> Defendants. ) | Case No. 6:19-CV-01064-JWB-KGG |

## DECLARATION OF JOSEPH MYER SANDERSON
## IN SUPPORT OF JOEL NOFZIGER'S MOTION TO DISMISS
## AND MOTION TO STRIKE PURSUANT TO THE KANSAS PUBLIC SPEECH
## PROTECTION ACT AND/OR CALIFORNIA ANTI-SLAPP ACT

I, Joseph Myer Sanderson, declare as follows:

1. I am an associate with the law firm of Kirkland & Ellis LLP, and am one of the attorneys representing Defendant Joel Nofziger in the above-captioned case. I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called as a witness.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the *The First Holocaust* by Don Heddesheimer, which is cited in Plaintiff's Complaint, as downloaded from https://archive.org/details/TheFirstHolocaust.

3. Attached hereto as **Exhibit B** is a true and correct copy of Lisa Schirch's post *How Mennonites Reckon with our History in the Holocaust* on AnabaptistHistorians.org, which forms the basis for Plaintiff's claims against Mr. Nofziger, as downloaded from https://anabaptisthistorians.org/2018/03/23/how-mennonites-reckon-with-our-history-in-the-holocaust.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in New York, New York on July 17, 2019.

_____
Joseph Myer Sanderson

1