# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRUCE LEICHTY, | ) |
| Plaintiff, | ) Case No.: 6:19-CV-01064-JWB-KGG |
| v. | ) |
| BETHEL COLLEGE, et al. | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant Harvey County moved to dismiss Plaintiff's claim(s) against it. ECF Nos. 27 and 28. Plaintiff hereby dismisses its claims against Harvey County, Kansas **with prejudice**. Plaintiff does not by this pleading intend to or agree to dismiss any other claims against any other defendants in this action. By signing this pleading, both Plaintiff and Harvey County agree that each party shall bear their own fees and costs.

Prepared and submitted by:

BRUCE LEICHTY, IN PRO PER

By: /s/Bruce Leichty
Bruce Leichty
220 W. Grand Avenue
Escondido, CA 92025
Phone: 760-484-2467
Fax: 951-676-7462
Email: leichty@sbcglobal.net
*Plaintiff, In Pro Per*

Approved by:

FOULSTON SIEFKIN LLP

By: /s/Kelsey N. Frobisher
Kelsey N. Frobisher, #26870
1551 North Waterfront Parkway, Suite 100

1

Wichita, KS 67206-4466
Phone: 316-267-6371
Fax: 866-347-3808
Email:  kfrobisher@foulston.com

*and*

CROUSE LLC
Toby Crouse, #20030
11184 Antioch, No. 253
Overland Park, KS 66210
Phone: 913.957.6832
Email: tcrouse@crousellc.com

*Attorneys for Harvey County, Kansas*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 19, 2019, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

     /s/Bruce Leichty
Bruce Leichty, Plaintiff