IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRUCE LEICHTY,                        )
                                      )
            Plaintiff,                )
                                      )   No. 6:19-cv-01064-JWB-KGG
v.                                    )
                                      )
BETHEL COLLEGE; MENNONITE             )
CHURCH USA; CITY OF NORTH             )
NEWTON, KANSAS; HARVEY COUNTY;        )
LANCASTER MENNONITE HISTORICAL        )
SOCIETY; JOHN THIESSEN; JOEL          )
NOFZIGER;                             )
                                      )
            Defendants.                )
_____)

REQUEST FOR JUDICIAL NOTICE OF PLAINTIFF IN
SUPPORT OF OPPOSITION TO MOTION TO DISMISS
OF DEFENDANT CITY OF NORTH NEWTON, KANSAS

Plaintiff Bruce Leichty (hereinafter "Plaintiff" or "Leichty"), Pro Se, hereby requests that the Court take judicial notice, under Federal Rule of Evidence 201(b)(1) and (2) and (c)(1) and (2), of the following facts:

1. City of North Newton, Kansas had a population in 2017 of about 1700 (on-line search terms: City of North Newton population).

2. Bethel College, North Newton, Kansas has an enrollment of about 500 (on-line search terms: Bethel College Kansas enrollment).

3. On July 17, 2019, Plaintiff submitted a claim for damages by U.S. mail to the City of North Newton consisting of a cover letter and a copy of the Complaint filed herein, as shown by

1

Exhibit 1 appended hereto (copy of cover letter and Certified Mail Receipt only) and attested to by the F.R.Civ.P. 11 verification below.

Respectfully submitted by,

/s/ Bruce Leichty

Bruce Leichty, In Pro Per
c/o Bruce Leichty, A Prof. Corp.
220 W. Grand Ave.
Escondido, CA 92025
(760) 484-2467
Fax: (951) 676-7462
leichty@sbcglobal.net

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July 2019, the foregoing was filed with the Clerk of the Court of the Kansas District Court using the CM/ECF system which will send notice of electronic filing to all counsel of record, including those shown below.


/s/ Bruce Leichty
Bruce Leichty, Plaintiff

Tracy M. Hayes
Robert M. Reynolds
Sanders Warren Russell & Scheer LLP
40 Corporate Woods
9401 Indian Creek Parkway, Ste. 1250
Overland Park, KS 66210
Phone: (913) 234-6100
Fax: (913) 234-6199
t.hayes@swrsllp.com
r.reynolds@swrsllp.com
Attorneys for City of North Newton, Kansas

2

Corey M. Adams
Scott E. Sanders
McDonald Tinker PA
300 W. Douglas, Ste. 500
Wichita, KS 67202
Phone: (316) 263-5851
Fax: (316) 263-4677
cadams@mcdonaldtinker.com
ssanders@mcdonaldtinker.com
Attorneys for Bethel College and John Thiessen aka John Thiesen

Alan L. Rupe
Kevin E. Miller
Lewis Brisbois Bisgaard & Smith, LLP
1605 N. Waterfront Parkway, Ste. 150
Wichita, KS 67206
Phone: (316) 609-7900
Fax: (316) 462-5746
alan.rupe@lewisbrisbois.com
kevin.miller@lewisbrisbois.com
Attorneys for Mennonite Church USA

Eric A. Van Beber
Kevin D. Weakley
Wallace Saunders
10111 W. 87th St.
Overland Park, KS 66212
Phone: (913) 888-1000
Fax: (913) 888-1065
evanbeber@wallacesaunders.com
kweakley@wallacesaunders.com
Attorneys for Lancaster Mennonite Historical Society

Thomas P. Schult
Jennifer B. Wieland
Berkowitz Oliver LLP
2600 Grand Boulevard, Ste. 1200
Kansas City, MO 64108
Phone: (816) 561-7007
Fax: (816) 561-1888
tschult@berkowitzoliver.com
jwieland@berkowitzoliver.com
Attorneys for Joel Nofziger

3

Jay P. Lefkowitz
Joseph M. Sanderson
Kirland & Ellis - New York
601 Lexington Avenue
New York, New York 10022
Phone: (212) 446-4800
Fax: (212) 446-4900
lefkowitz@kirkland.com
joseph.sanderson@kirkland.com
Attorneys for Joel Nofziger

.....

Kelsey N. Frobisher
Foulston Siefkin LLP
1551 N. Waterfront Parkway, Ste. 100
Wichita, KS 67206-4466
Phone:  (316) 267-6371
Fax:  (866) 347-3808
kfrobisher@foulston.com
Attorney for Harvey County [party dismissed 7/19/19]

Toby Crouse
Crouse LLC
11184 Antioch, No. 253
Overland Park, KS 6210
Phone: (913) 957-6832
tcrouse@crousellc.com
Attorney for Harvey County [party dismissed 7/19/19]

4

EXHIBIT 1

Bruce Leichty
c/o Bruce Leichty, A Prof. Corp., 220 W. Grand Ave.
Escondido, CA 92025 * (760) 484-2467 (cell)

July 18, 2019

<u>BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED</u>

City of North Newton
2601 North Main Street
P. O. Box 87
North Newton, KS 67117

Re: Claim for Money Damages of $500,000 For False Arrest
Leading to False Imprisonment, Bruce Leichty

Dear sirs/madams:

Pursuant to Kansas law, here is written notice under Section 12-105b(d) of my claim for $500,000 against the City of North Newton arising out of my arrest on March 17, 2018:
   1. Name and address of Claimant: Bruce Leichty, c/o Bruce Leichty, A Prof. Corp., 220 W. Grand Avenue, Escondido, CA 92025; no attorney at present.
   2. The factual basis for the claim is detailed in the accompanying Complaint, filed in Wichita federal court on March 15, 2019. Essentially, the claim is being made because I was arrested March 17, 2018 as a trespasser on the campus of Bethel College when in fact I was a registrant at a conference there, and an invited guest, not guilty of trespass, in violation of the City's own policy under which I was to have been given a warning to leave, upon threat of arrest if I returned. More details are available in the Complaint.
   3. Names of the officers involved: Randy Jordan, Donald Stovall. Addresses not known.
   4. The injury I suffered was the deprivation of my constitutional right to liberty from the time of my arrest until some 19 hours later when I was released from the Harvey County Detention Center, plus emotional distress; more details are provided in the accompanying Complaint.
   5. Monetary damages requested: $500,000.

Please note that I will be asking the federal district court to allow this claim to be processed and paid and to enforce the time for its consideration under K.S.A. Section 12-105b notwithstanding the fact that it was not filed in accordance with Section 12-105b. In such fashion I intend to abide by the spirit of Kansas tort law even if not the letter (which is now impossible). I await acknowledgement and processing of this claim by the City and a determination thereon.

Sincerely,

Bruce Leichty

enclosure: Complaint

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

NORTH NEWTON, KS 67117
OFFICIAL USE

7018 3090 0000 4206 4710

| | |
|---|---|
| Certified Mail Fee $3.50 | 0591 |
| $ $2.80 | 30 |
| Extra Services & Fees (*check box, add fee as appropriate*) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) $ $0.00 | MAIN OFFICE TEMECULA JUL 17 2019 USPS 92591-9998 |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $2.20 | 07/17/2019 |
| $ | |
| Total Postage and Fees $8.50 | |
| $ | |

Sent To City of North Newton

Street and Apt. No., or PO Box No. 2601 Main St. PO Box 87

City, State, ZIP+4® North Newton, KS 67117

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

