## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

BRUCE LEICHTY,

        Plaintiff,

v.

BETHEL COLLEGE, MENNONITE CHURCH USA, CITY OF NORTH NEWTON, KANSAS, HARVEY COUNTY, LANCASTER MENNONITE HISTORICAL SOCIETY, JOHN THIESEN, and JOEL NOFZIGER,

        Defendants.

Case No.: 6:19-CV-01064-JWB-KGG

## UNOPPOSED MOTION FOR EXTENSION TIME
## TO REPLY IN SUPPORT OF MOTION TO DISMISS

Defendant Mennonite Church, USA, by the undersigned counsel of record, requests a four day extension of time to file its Reply in support of its Motion to Dismiss up to and including August 16, 2019.  In support of this motion, Defendant states as follows:

1. Defendant filed its Motion to Dismiss (Doc. 34) and Memorandum in Support (Doc. 35) on July 9, 2019.

2. Plaintiff filed a timely Opposition to the Motion on July 29, 2019.

3. Under D. Kan. Rule 6.1(d), Defendant's Reply in Support is due on August 12, 2019.

4. Defendant's deadline has not yet expired.

5. On August 9, 2019, Defendant informed Plaintiff of its intent to request an extension to file its Reply until August 16, 2019.

6. Plaintiff does not oppose Defendant making this request.

7. Good cause exists to grant this request. Plaintiff has raised multiple arguments in his Opposition to Defendant's Motion to dismiss, and Defendant needs additional time to fully respond to the arguments raised by Plaintiff.

8. No party or the Court will be prejudiced by this extension of time.

WHEREFORE, for good cause shown, Defendant Mennonite Church, USA respectfully requests this Court extend its deadline to file a Reply in Support of its Motion to dismiss, up to and including August 16, 2019.

/s/Alan L. Rupe
Alan L. Rupe, KS# 08914
Kevin E. Miller, KS#27259
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: (316) 609-7900
Facsimile: (316) 462-5746
alan.rupe@lewisbrisbois.com
kevin.miller@lewisbrisbois.com

*Attorneys for Defendant Mennonite Church, USA*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of the filing to all attorneys of record, including Plaintiff who is proceeding *pro se* and has been permitted to receive filings through the CM/ECF system.

/s/ Alan L. Rupe
Alan L. Rupe