# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRUCE LEICHTY,<br><br>      Plaintiff,<br><br>v.<br><br>BETHEL COLLEGE, MENNONITE CHURCH USA, CITY OF NORTH NEWTON, KANSAS, HARVEY COUNTY, LANCASTER MENNONITE HISTORICAL SOCIETY, JOHN THIESEN, and JOEL NOFZIGER,<br><br>      Defendants. | Case No.: 6:19-CV-01064-JWB-KGG |

## NOTICE OF WITHDRAWAL OF COUNSEL

Kevin E. Miller, will be leaving his employment with Lewis Brisbois Bisgaard & Smith LLP on November 27, 2019, and will no longer be associated with the firm.

Alan L. Rupe, of Lewis Brisbois Bisgaard & Smith LLP, will remain as counsel of record on behalf of Defendant Mennonite Church, USA.

/s/ Kevin E. Miller
Kevin E. Miller, KS # 27259
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Avenue, Suite 700
Kansas City, MO 64112
Telephone: (816) 299-4243
Facsimile: (816) 299-4245
kevin.miller@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2019, the above Notice of Withdrawal of Counsel was filed with the court's CM/ECF system which will send notice to all counsel of record and Plaintiff who is proceeding *pro se* and has been authorized to receive electronic filings. This Notice was also served upon the client by e-mail.

/s/ Kevin E. Miller
Kevin E. Miller