## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRUCE LEICHTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-CV-01064-JWB |
| ) | |
| BETHEL COLLEGE, et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

### STIPULATION OF DISMISSAL OF THIS ACTION WITH PREJUDICE

Pursuant to the prior dismissal of the action as to Defendants not a party to either a stipulation to dismiss or to an appeal, per Judgment of February 4, 2022, and the prior dismissal of the action as to City of North Newton, Kansas of October 28, 2019 no longer subject to challenge on appeal based on the Judgment of the 10th Circuit dated April 20, 2023, and pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Bruce Leichty, *in pro per*, Defendant Bethel College, by and through counsel, Scott E. Sanders of McDonald Tinker PA, and Defendant City of North Newton, Kansas, by and through counsel, Tracy M. Hayes of Sanders Warren & Russell LLP, hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

Respectfully submitted,

*/s/ Bruce Leichty*
Bruce Leichty
c/o Bruce Leichty, A Prof. Corp.
220 W. Grand Ave.
Escondido, California 92025
760-484-2467 / Fax: 951-676-7462
leichty@sbcglobal.net
*Plaintiff, in pro per*

**McDonald Tinker PA**

*/s/ Scott E. Sanders*
Scott E. Sanders, #18744
300 W. Douglas, Suite 500
Wichita, Kansas 67202
316-263-5851 / Fax: 316-263-4677
ssanders@mcdonaldtinker.com
*Attorneys for Defendant Bethel College*

**Sanders Warren & Russell LLP**

*/s/ Tracy M. Hayes*
Tracy M. Hayes, #23119
40 Corporate Woods
9401 Indian Creek Parkway, Ste. 1250
Overland Park, Kansas 66210
913-234-6100 / Fax: 913-234-6199
t.hayes@swrllp.com
*Attorneys for Defendant*
*City of North Newton, Kansas*

2